# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of January, two thousand twenty-four.

Before:    Joseph F. Bianco,
      *Circuit Judge,*

---

Jordin Alexander Melgar-Salmeron,

   Petitioner,          **ORDER**

 v.               Docket No. 23-7792

Merrick B. Garland, United States
Attorney General,

   Respondent.

---

  Respondent moves the Court to hold this petition for review in abeyance pending decisions in *Castejon-Paz v. Garland* (2d Cir. No. 22-6024) and *Cerrato-Barahona v. Garland* (2d Cir. No. 22-6349). Petitioner does not oppose the motion.

  IT IS HEREBY ORDERED that the motion is GRANTED.

                 For the Court:
                 Catherine O'Hagan Wolfe,
                 Clerk of Court