BIA
Counihan, IJ
A205 009 115

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand twenty-five.

Present:
    Richard J. Sullivan,
    Alison J. Nathan,
    Maria Araújo Kahn,
        *Circuit Judges.*

---

Jordin Alexander Melgar-Salmeron,

        *Petitioner*,

    v.                                         23-7792
                                                        NAC

Pamela Bondi, United States Attorney General,

        *Respondent*.

---

Petitioner moves for a stay of removal in connection with his petition for review of a decision of the Board of Immigration Appeals affirming an immigration judge's denial of withholding of removal and relief under the Convention Against Torture. Respondent opposes a stay of removal and moves to expedite ruling on the motion. Upon due consideration, it is hereby ORDERED that Petitioner's motion for a stay of removal is GRANTED, *see Nken v. Holder*, 556 U.S. 418, 433–36 (2009), and Respondent's motion to expedite is DENIED as moot.[*]

        FOR THE COURT:
        Catherine O'Hagan Wolfe
        Clerk of Court

---

[*] Judge Sullivan would deny the motion for stay of removal.