# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of June, two thousand twenty-five.

Before:    Richard J. Sullivan,
              *Circuit Judge.*

---

Jordin Alexander Melgar-Salmeron,

    Petitioner,

v.

Pamela Bondi, United States Attorney General,

    Respondent.

**ORDER**

Docket No. 23-7792

---

    Petitioner moves for leave to file a late reply to the Government's letter dated June 9, 2025.

    IT IS HEREBY ORDERED that the request is GRANTED.

                                        For the Court:
                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court