BIA<br>
Counihan, IJ<br>
A205 009 115

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of July, two thousand twenty-five.

Present:
>Richard J. Sullivan,
>Alison J. Nathan,
>Maria Araújo Kahn,
>>*Circuit Judges*.

---

Jordin Alexander Melgar-Salmeron,

        *Petitioner*,

    v.                                                        23-7792<br>                                                                                                     NAC

Pamela Bondi, United States Attorney General,

        *Respondent*.

---

On June 24, 2025, the Court ordered the Government to "to facilitate the return of Petitioner to the United States as soon as possible to 'ensure that his case is handled as it would have been had he not been improperly sent to El Salvador[.]'" Doc. No. 49 (quoting *Noem v. Abrego Garcia*, 145 S. Ct. 1017, 1018 (2025)). The Court also directed the Government to file "a supplemental declaration from an individual with personal knowledge, addressing the following: (1) the current physical location and custodial status of Petitioner; and (2) what steps the Government will take, and when, to facilitate his return to the United States." *Id.*

The Court is now in receipt of the Government's letter, dated July 1, 2025, Doc. No. 51; Petitioner's letter, dated July 7, 2025, Doc. No. 53; and a subsequent Government letter, dated July 9, 2025, Doc. No. 56, which included a signed declaration indicating that Petitioner is in custody at the Terrorism Confinement Center in Tecoluca, El Salvador. *Id.*

Upon due consideration, it is hereby ORDERED that, no later than July 21, 2025, and continuing each week thereafter until further order of the Court, the Government shall file a declaration made

by an individual with personal knowledge as to any information regarding: (1) the current physical location and custodial status of Petitioner; (2) what steps, if any, the Government has taken to facilitate his return to the United States; and (3) what additional steps the Government will take, and when, to facilitate his return. Additionally, in the Government's initial declaration, it shall identify, to the best of its understanding, the legal basis for Petitioner's current detention at the Terrorism Confinement Center in Tecoluca, El Salvador.

> FOR THE COURT:
> Catherine O'Hagan Wolfe
> Clerk of Court