BIA
Counihan, IJ
A205 009 115

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

  At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of July, two thousand twenty-five.

Present:
    Richard J. Sullivan,
    Alison J. Nathan,
    Maria Araújo Kahn,
     *Circuit Judges*.

---

Jordin Alexander Melgar-Salmeron,

    *Petitioner*,

  v.                     23-7792
                          NAC

Pamela Bondi, United States Attorney General,

    *Respondent*.

---

On July 11, 2025, the Court ordered the Government to "identify, to the best of its understanding, the legal basis for Petitioner's current detention at the Terrorism Confinement Center in Tecoluca, El Salvador." Doc. No. 57. The Court is now in receipt of the Government's letter, dated July 21, 2025, which includes a sworn declaration stating that Petitioner is "awaiting trial" at a "maximum security prison in Tecoluca, El Salvador" and "has been charged with illicit association under the exception regimen and homicide." Doc. No. 58 at 5 (internal quotation marks omitted).

Upon due consideration, it is hereby ORDERED that—in addition to the Government's weekly status updates in this case—the Government shall file a declaration made by an individual with personal knowledge no later than August 1, 2025, providing the basis for the Government's assertion that Petitioner has been charged with illicit association and homicide, that he is housed at the maximum security prison in Tecoluca, and that he is awaiting trial. To the extent available, the Government shall also provide any documentation corroborating this assertion. The Government may also request leave to file under seal any information that counsel deems necessary to redact.

In addition, on January 2, 2024, the Court granted the Government's motion to hold the petition for review in abeyance pending decisions in *Castejon-Paz v. Garland* (2d Cir. No. 22-6024) and *Cerrato-Barahona v. Garland* (2d Cir. No. 22-6349). See Doc. No. 20. On July 8, 2025, both appeals were resolved by opinion. See *Castejon-Paz v. Bondi*, No. 22-6024, 2025 WL 1872335, at *1–2 (2d Cir. July 8, 2025). Accordingly, absent objection, the Court intends to lift the hold on the petition for review in due course. Any objection by either party should be filed no later than August 1, 2025.

        FOR THE COURT:
        Catherine O'Hagan Wolfe
        Clerk of Court