BIA
Counihan, IJ
A205 009 115

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

     At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of August, two thousand twenty-five.

Present:
        Richard J. Sullivan,
        Alison J. Nathan,
        Maria Araújo Kahn,
            *Circuit Judges*.

---

Jordin Alexander Melgar-Salmeron,

        *Petitioner*,

v.                                     23-7792
                                       NAC

Pamela Bondi, United States Attorney General,

        *Respondent*.

---

Since the Court's last order on July 25, 2025, *see* Doc. No. 59, the Court has received submissions from both the Government and Petitioner. The Government's letter, dated August 1, 2025, included a signed declaration explaining the bases for the Government's representation that Petitioner has been charged with illicit association and homicide, is housed at a maximum-security prison in Tecoluca, and is awaiting trial. *See* Doc. No. 63. The letter also noted that the Government has "no objection" to the Court lifting the stay now that *Castejon-Paz v. Garland* (2d Cir. No. 22-6024) and *Cerrato-Barahona v. Garland* (2d Cir. No. 22-6349) have been decided. *Id.* The Petitioner's letter, also dated August 1, 2025, requested that this "matter not be put back on the calendar . . . until the [G]overnment returns [Petitioner] to the [United States] or otherwise takes measures to put him in contact with [his counsel]." Doc. No. 65. Petitioner's letter also represents that his counsel has not "had any communication with [Petitioner] since his illegal removal" and therefore "cannot get his informed consent on how to proceed" with this case. *Id.*

Upon due consideration, it is hereby ORDERED that Petitioner's counsel shall file a letter no later than August 11, 2025, informing the Court of the steps counsel has taken to communicate with

Petitioner since the Government confirmed Petitioner's whereabouts. It is hereby further ORDERED that the Government shall then file a responsive letter no later than August 18, 2025, explaining what measures it has taken to facilitate communication between Melgar-Salmeron and his counsel.

          FOR THE COURT:
          Catherine O'Hagan Wolfe
          Clerk of Court