BIA
Counihan, IJ
A205 009 115

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of October, two thousand twenty-five.

Present:
>    Richard J. Sullivan,
>    Alison J. Nathan,
>    Maria Araújo Kahn,
>        *Circuit Judges*.

---

Jordin Alexander Melgar-Salmeron,

>    *Petitioner*,

>    v.                                                              23-7792
>                                                                     NAC

Pamela Bondi, United States Attorney General,

>    *Respondent*.

---

On September 8, 2025, the Court ordered the Government to file a declaration indicating, among other things, "what additional steps have been taken to facilitate communications between Petitioner and his counsel." Doc. No. 77 at 2.

The Court received the Government's response to that order on September 22, 2025. Doc. No. 79. The Government explained that on September 16, 2025, the U.S. Embassy in El Salvador sent another diplomatic note to the Salvadoran Ministry of Foreign Affairs, requesting again that the Ministry facilitate communication between Petitioner and his counsel in the United States. *Id.* at 2. The Government represents that on September 19, 2025, the Salvadoran Directorate of Prisons expressed to the Embassy its "willingness to accommodate a video call between Petitioner and his legal counsel in the United States and to do so in short order." *Id.* at 2–3 (internal quotation marks omitted). The Government subsequently provided the relevant contact information to Petitioner's counsel to arrange the video call. *Id.* at 3.

Then, on September 26, 2025, the Government filed a supplement to its September 22 response. Doc. No. 80. According to the Government, "the Ministry explained that for future communication between Petitioner and his counsel, the Salvadoran government will henceforth require a petition for assistance in criminal matters under Article 7(b) of the Inter-American Convention on Mutual Assistance in Criminal Matters." *Id.* at 2 (internal quotation marks omitted). The Government also represents that "[t]he Ministry further explained that the previous instructions regarding communications with Petitioner should be considered null and void." *Id.* (alteration adopted and internal quotation marks omitted). The Government, however, maintains that it is "unaware of whether [Petitioner's counsel] successfully scheduled and held the call with Petitioner." *Id.*

To facilitate further proceedings in this case, it is hereby ORDERED that counsel for Petitioner file a letter on or before October 10, 2025 updating the Court regarding the status of the proposed video call with Petitioner.

FOR THE COURT:
Catherine O'Hagan Wolfe
Clerk of Court