BIA<br>
Counihan, IJ<br>
A205 009 115

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of October, two thousand twenty-five.

Present:
> Richard J. Sullivan,
> Alison J. Nathan,
> Maria Araújo Kahn,
> > *Circuit Judges*.

Jordin Alexander Melgar-Salmeron,

> *Petitioner*,

v.              23-7792
                                                                                                            NAC

Pamela Bondi, United States Attorney General,

> *Respondent*.

On October 1, 2025, the Court ordered counsel for Petitioner to file a status letter "updating the Court regarding the status of the proposed video call with Petitioner," who remains in custody in El Salvador. Doc. No 82 at 2. Petitioner's counsel responded to that order on October 10, 2025, stating, among other things, that Petitioner met with his counsel via videoconference on September 23, 2025. Doc. No 83 at 1.

Accordingly, to facilitate further proceedings in this case, it is hereby ORDERED that each party shall file a letter on or before October 30, 2025 proposing how the Court should conclude the briefing in this matter.

> FOR THE COURT:
> Catherine O'Hagan Wolfe
> Clerk of Court