BIA
Counihan, IJ
A205 009 115

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of April, two thousand twenty-six.

Present:
> Richard J. Sullivan,
> Alison J. Nathan,
> Maria Araújo Kahn,
> > *Circuit Judges*.

———————————————————————

Jordin Alexander Melgar-Salmeron,

> *Petitioner*,

v.

Todd Blanche, Acting United States Attorney General,

> *Respondent*.

23-7792
NAC

————————————————————

IT IS HEREBY ORDERED that the Court's order holding this petition in abeyance pending decisions in *Castejon-Paz v. Garland* (2d Cir. No. 22-6024) and *Cerrato-Barahona v. Garland* (2d Cir. No. 22-6349) is VACATED. *See* Doc. No. 20.

IT IS FURTHER ORDERED that Petitioner's brief must be filed on or before July 20, 2026, which is 91 days after the date of this order.

IT IS FURTHER ORDERED that the government shall continue to file a weekly status letter in accordance with this Court's July 11, 2025 order, Doc. No. 57, and shall also include in its status letter any updates that the government has received from the Salvadoran Government, *see, e.g.*, Doc. No. 86.1 at 2 n.2.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

